**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ike Rayeford WILLIAMS,
Defendant–Appellant.**

**No. 11–6364.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 2, 2011.

Ike Rayeford Williams, Appellant pro se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ike Rayeford Williams appeals the district court's order granting relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Williams*, No. 1:98–cr00101–NCT–3 (M.D.N.C. Mar. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*